UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HomeBridge Financial Services, Inc.

**Order Filed on August 6, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:  18-10744 SLM

Adv. No.:

Hearing Date:  6/13/18@ 10:30 a.m.

Judge:  Stacey L. Meisel

In Re:

     Rodric S. Bowman, Regina M. Bowman

Debtors.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

     The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: August 6, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Rodric S. Bowman, Regina M. Bowman
Case No:  18-10744 SLM
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured

Creditor, HomeBridge Financial Services, Inc., Denise Carlon, Esq. appearing, upon a motion to vacate the

automatic stay as to real property located at 213 E Lincoln Avenue, Roselle Park, NJ, 07204, and it appearing

that notice of said motion was properly served upon all parties concerned, and this Court having considered

the representations of attorneys for Secured Creditor and Harvey I. Marcus, Esq., attorney for Debtors and the

parties having consensually resolved the Motion, and for good cause having been shown


   It is further **ORDERED, ADJUDGED and DECREED** the Secured Creditor's servicer is to accept

post-petition payments; and

   It is further **ORDERED, ADJUDGED and DECREED** that any late charges will not be assessed

on payments made prior to July 1, 2018; and

   It is further **ORDERED, ADJUDGED and DECREED** the Debtor is to tender the payments for all

post-petition payments currently due through June 1, 2018 by June 30, 2018; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,

supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at

the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Motion for Relief and Motion to

Enforce are both resolved.