UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HomeBridge Financial Services, Inc.

**Order Filed on August 6, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:
    Rodric S. Bowman, Regina M. Bowman

Debtors.

Case No.: 18-10744 SLM

Adv. No.:

Hearing Date: 6/13/18@ 10:30 a.m.

Judge: Stacey L. Meisel

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 6, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Rodric S. Bowman, Regina M. Bowman
Case No: 18-10744 SLM
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, HomeBridge Financial Services, Inc., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 213 E Lincoln Avenue, Roselle Park, NJ, 07204, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Harvey I. Marcus, Esq., attorney for Debtors and the parties having consensually resolved the Motion, and for good cause having been shown

It is further **ORDERED, ADJUDGED and DECREED** the Secured Creditor's servicer is to accept post-petition payments; and

It is further **ORDERED, ADJUDGED and DECREED** that any late charges will not be assessed on payments made prior to July 1, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** the Debtor is to tender the payments for all post-petition payments currently due through June 1, 2018 by June 30, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Motion for Relief and Motion to Enforce are both resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Rodric S Bowman  
       Debtor

Case No. 18-10744-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Aug 06, 2018  
                 Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.  
db          +Rodric S Bowman,   213 E Lincoln Ave,   Roselle Park, NJ 07204-1707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harvey I. Marcus    on behalf of Debtor Rodric S Bowman him@lawmarcus.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.  
         rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 5