Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE:<br><br>RODRIC S BOWMAN,<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.:  18-10744 SLM |

### NOTICE OF RESERVE ON CLAIM

Creditor:           CENTRAL LOAN ADMIN & REPORTING
Trustee Claim #:    4
Claimed Amount:     $19,727.00
Date Claim Filed:   **UNFILED**

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Proof Of Claim not filed with the U.S. Bankruptcy Court.

The creditor must properly file a Proof of Claim with the U.S. Bankruptcy Court.  A reserve will be placed on this unfiled claim until that time.  Furthermore, if a Proof of Claim is not filed with the Court by the close/dismissal/conversion of the case, the Trustee will not disburse any funds towards that unfiled claim.  In the event this is an amended proof of claim, for a lower amount, we will pay the creditor the total listed on the original filed proof of claim, until the amended claim is properly filed.

Dated:  October 01, 2018

By:   /S/  Marie-Ann Greenberg
       Chapter 13 Standing Trustee

RODRIC S BOWMAN
213 E LINCOLN AVE
ROSELLE PARK, NJ    07204

HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ    07663

CENTRAL LOAN ADMIN & REPORTING
425 PHILLIPS BLVD
EWING, NJ    08618

KML LAW GROUP
216 HADDON AVE STE 406
WESTMONT, NJ    08108-2812