**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

October 01, 2018

**Re: Standing Trustee's Notice of Distribution**
     **Case No: 18-10744**

On March 19, 2018 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 1, 2018

**Chapter 13 Case # 18-10744**

Atty:   HARVEY I. MARCUS ESQ

Re:   RODRIC S BOWMAN
      213 E LINCOLN AVE
      ROSELLE PARK, NJ  07204

PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/22/2018 | $700.00 | 4610879000  - | 02/26/2018 | $700.00 | 4699474000  - |
| 03/29/2018 | $700.00 | 4785399000 | 05/01/2018 | $700.00 | 4877176000 |
| 06/04/2018 | $700.00 | 4965652000 | 07/02/2018 | $700.00 | 5033889000 |
| 07/30/2018 | $700.00 | 5109284000 | 09/04/2018 | $700.00 | 5200051000 |

**Total Receipts: $5,600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,600.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 296.10 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,287.25 | 100.00% | 0.00 | 4,287.25 |
| 0003 | MIDLAND FUNDING LLC | UNSECURED | 3,653.75 | 100.00% | 0.00 | 3,653.75 |
| 0004 | CENTRAL LOAN ADMIN & REPORTING | MORTGAGE ARRE | 19,727.00 | 100.00% | 0.00 | 19,727.00 |
| 0005 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 453.98 | 100.00% | 59.06 | 394.92 |
| 0006 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MIDLAND FUNDING LLC | UNSECURED | 1,530.21 | 100.00% | 0.00 | 1,530.21 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 629.37 | 100.00% | 0.00 | 629.37 |
| 0011 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | MIDLAND FUNDING LLC | UNSECURED | 3,669.02 | 100.00% | 0.00 | 3,669.02 |
| 0017 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | NAVIENT SOLUTIONS LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | ALLY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0026 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | DISCOVER BANK | UNSECURED | 562.93 | 100.00% | 0.00 | 562.93 |
| 0032 | ALLY FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | VERIZON BY AMERICAN INFOSOURCE L' | UNSECURED | 228.46 | 100.00% | 0.00 | 228.46 |

**Total Paid: $2,355.16**
See Summary

## LIST OF PAYMENTS TO CLAIMS     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
|  | 06/18/2018 | $14.36 | 804281 | 07/16/2018 | $14.90 | 806259 |
|  | 08/20/2018 | $14.90 | 808180 | 09/17/2018 | $14.90 | 810139 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: October 01, 2018.

Receipts: $5,600.00    -    Paid to Claims: $59.06    -    Admin Costs Paid: $2,296.10    =    Funds on Hand: $3,244.84

Unpaid Balance to Claims: $34,682.91    +    Unpaid Trustee Comp: $2,096.42    =    Total Unpaid Balance: **$33,534.49

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.