HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ  07663

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 18-10744

Re:   RODRIC S BOWMAN          Atty:  HARVEY I. MARCUS ESQ
      213 E LINCOLN AVE                250 PEHLE AVENUE
      ROSELLE PARK,  NJ  07204         SUITE 200
                                       SADDLE BROOK, NJ  07663

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/22/2018 | $700.00 | 4610879000 - | 02/26/2018 | $700.00 | 4699474000 - |
| 03/29/2018 | $700.00 | 4785399000 | 05/01/2018 | $700.00 | 4877176000 |
| 06/04/2018 | $700.00 | 4965652000 | 07/02/2018 | $700.00 | 5033889000 |
| 07/30/2018 | $700.00 | 5109284000 | 09/04/2018 | $700.00 | 5200051000 |
| 10/03/2018 | $700.00 | 5283425000 | 11/05/2018 | $700.00 | 5372389000 |
| 12/06/2018 | $700.00 | 5451542000 | | | |

**Total Receipts: $7,700.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,700.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 12/17/2018 | $161.22 | 815,724 | | | |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 06/18/2018 | $14.36 | 804,281 | 07/16/2018 | $14.90 | 806,259 |
| | 08/20/2018 | $14.90 | 808,180 | 09/17/2018 | $14.90 | 810,139 |
| | 10/22/2018 | $15.27 | 812,070 | 11/19/2018 | $14.85 | 814,006 |
| | 12/17/2018 | $364.80 | 815,892 | | | |
| MIDLAND FUNDING LLC | | | | | | |
| | 12/17/2018 | $438.24 | 815,000 | 12/17/2018 | $1,046.40 | 815,000 |
| | 12/17/2018 | $1,050.77 | 815,000 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 12/17/2018 | $180.25 | 8,000,808 | 12/17/2018 | $1,227.82 | 8,000,808 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | |
| | 12/17/2018 | $65.43 | 816,678 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 455.69 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,287.25 | 100.00% | 1,422.19 | 2,865.06 |
| 0003 | MIDLAND FUNDING LLC | UNSECURED | 3,653.75 | 100.00% | 1,212.03 | 2,441.72 |

**Chapter 13 Case # 18-10744**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0004 | CENTRAL LOAN ADMIN & REPORTING | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 453.98 | 100.00% | 453.98 | 0.00 |
| 0006 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MIDLAND FUNDING LLC | UNSECURED | 1,530.21 | 100.00% | 507.61 | 1,022.60 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 629.37 | 100.00% | 208.78 | 420.59 |
| 0011 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | MIDLAND FUNDING LLC | UNSECURED | 3,669.02 | 100.00% | 1,217.11 | 2,451.91 |
| 0017 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | NAVIENT SOLUTIONS LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | ALLY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | DISCOVER BANK | UNSECURED | 562.93 | 100.00% | 186.73 | 376.20 |
| 0032 | ALLY FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 228.46 | 100.00% | 75.78 | 152.68 |

**Total Paid:  $7,739.90**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $7,700.00   -   Paid to Claims: $5,284.21   -   Admin Costs Paid: $2,455.69   =   Funds on Hand: $660.10

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.