Scott D. Sherman
MINION & SHERMAN
Attorneys at Law
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
Phone:  (973) 882-2424
Fax:    (973) 882-0856
Email:       ssherman@minionsherman.com
Attorneys for Debtors

---

| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| RODRIC S. BOWMAN, | : | |
| | : | CHAPTER 13 |
| Debtor | : | CASE NO. 18-10744 SLM |
| | : | |
| | : | **SUBSTITUTION OF** |
| | **:** | **ATTORNEY** |

---

    The undersigned attorney hereby consents to the substitution of Scott D. Sherman, Esquire with the law firm of Minion & Sherman as attorney for Debtor in the above entitled action.

                                                                             MINION & SHERMAN

By:/s/ Rodric S. Bowman                                   By:/s/ Scott D. Sherman
    Rodric S. Bowman, pro se                         Scott D. Sherman, Esq.
    Withdrawing Attorney                                    Superseding Attorney

    Dated: 4/16/2020                                                Dated:   4/28/2020