SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006


| | |
|---|---|
| Re:  RODRIC S BOWMAN<br>213 E LINCOLN AVE<br>ROSELLE PARK, NJ 07204 | Atty:  SCOTT D. SHERMAN ESQ<br>MINION & SHERMAN<br>33 CLINTON ROAD, SUITE 105<br>WEST CALDWELL, NJ 07006 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 18-10744

### RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/22/2018 | $700.00 | 4610879000 - | 02/26/2018 | $700.00 | 4699474000 - |
| 03/29/2018 | $700.00 | 4785399000 | 05/01/2018 | $700.00 | 4877176000 |
| 06/04/2018 | $700.00 | 4965652000 | 07/02/2018 | $700.00 | 5033889000 |
| 07/30/2018 | $700.00 | 5109284000 | 09/04/2018 | $700.00 | 5200051000 |
| 10/03/2018 | $700.00 | 5283425000 | 11/05/2018 | $700.00 | 5372389000 |
| 12/06/2018 | $700.00 | 5451542000 | 01/04/2019 | $700.00 | 5519599000 |
| 02/04/2019 | $700.00 | 5593889000 | 03/05/2019 | $700.00 | 5680341000 |
| 04/05/2019 | $700.00 | 5761880000 | 05/09/2019 | $700.00 | 5848840000 |
| 06/10/2019 | $700.00 | 5928537000 | 07/09/2019 | $700.00 | 6003653000 |
| 08/19/2019 | $700.00 | 6104800000 | 09/18/2019 | $700.00 | 6184486000 |
| 10/28/2019 | $700.00 | 6281300000 | 11/12/2019 | $700.00 | 6324431000 |
| 12/09/2019 | $700.00 | 6392154000 | 01/31/2020 | $700.00 | 6521171000 |
| 03/02/2020 | $700.00 | 6602680000 | 03/31/2020 | $700.00 | 6674104000 |
| 04/13/2020 | $700.00 | 6708909000 | 06/26/2020 | $700.00 | 6890761000 |
| 07/07/2020 | $700.00 | 6925301000 | 08/03/2020 | $700.00 | 6984367000 |
| 08/17/2020 | $700.00 | 7013359000 | 09/15/2020 | $700.00 | 7087022000 |
| 10/13/2020 | $700.00 | 7154238000 | 11/23/2020 | $700.00 | 7250940000 |
| 01/04/2021 | $700.00 | 7347366000 | | | |

**Total Receipts: $24,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $24,500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 12/17/2018 | $161.22 | 815,724 | 01/14/2019 | $25.51 | 817,650 |
| | 02/11/2019 | $25.53 | 819,537 | 03/18/2019 | $25.52 | 821,513 |
| | 04/15/2019 | $25.52 | 823,543 | 05/20/2019 | $25.51 | 825,522 |
| | 06/17/2019 | $25.99 | 827,540 | 06/25/2019 | ($25.51) | 825,522 |
| | 06/25/2019 | $25.51 | 828,617 | 07/15/2019 | $25.97 | 829,391 |
| | 08/19/2019 | $25.99 | 831,364 | 10/21/2019 | $52.63 | 835,407 |
| | 12/16/2019 | $51.31 | 839,411 | 01/13/2020 | $25.66 | 841,274 |
| | 03/16/2020 | $25.65 | 845,075 | 04/20/2020 | $25.66 | 847,018 |
| | 05/18/2020 | $15.26 | 848,908 | | | |

**Chapter 13 Case # 18-10744**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 06/18/2018 | $14.36 | 804,281 | | 07/16/2018 | $14.90 | 806,259 |
| | 08/20/2018 | $14.90 | 808,180 | | 09/17/2018 | $14.90 | 810,139 |
| | 10/22/2018 | $15.27 | 812,070 | | 11/19/2018 | $14.85 | 814,006 |
| | 12/17/2018 | $364.80 | 815,892 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 12/17/2018 | $438.24 | 815,000 | | 12/17/2018 | $1,046.40 | 815,000 |
| | 12/17/2018 | $1,050.77 | 815,000 | | 01/14/2019 | $166.34 | 816,928 |
| | 01/14/2019 | $165.63 | 816,928 | | 01/14/2019 | $69.37 | 816,928 |
| | 02/11/2019 | $165.65 | 818,830 | | 02/11/2019 | $69.36 | 818,830 |
| | 02/11/2019 | $166.32 | 818,830 | | 03/18/2019 | $165.63 | 820,752 |
| | 03/18/2019 | $69.38 | 820,752 | | 03/18/2019 | $166.33 | 820,752 |
| | 04/15/2019 | $165.64 | 822,800 | | 04/15/2019 | $69.37 | 822,800 |
| | 04/15/2019 | $166.33 | 822,800 | | 05/20/2019 | $166.34 | 824,771 |
| | 05/20/2019 | $165.64 | 824,771 | | 05/20/2019 | $69.37 | 824,771 |
| | 06/17/2019 | $168.62 | 826,837 | | 06/17/2019 | $70.62 | 826,837 |
| | 06/17/2019 | $169.33 | 826,837 | | 07/15/2019 | $168.63 | 828,704 |
| | 07/15/2019 | $70.61 | 828,704 | | 07/15/2019 | $169.32 | 828,704 |
| | 08/19/2019 | $168.62 | 830,572 | | 08/19/2019 | $70.63 | 830,572 |
| | 08/19/2019 | $169.33 | 830,572 | | 10/21/2019 | $341.64 | 834,616 |
| | 10/21/2019 | $143.08 | 834,616 | | 10/21/2019 | $343.06 | 834,616 |
| | 12/16/2019 | $333.03 | 838,677 | | 12/16/2019 | $139.47 | 838,677 |
| | 12/16/2019 | $334.43 | 838,677 | | 01/13/2020 | $166.52 | 840,562 |
| | 01/13/2020 | $69.74 | 840,562 | | 01/13/2020 | $167.21 | 840,562 |
| | 03/16/2020 | $166.51 | 844,311 | | 03/16/2020 | $69.74 | 844,311 |
| | 03/16/2020 | $167.21 | 844,311 | | 04/20/2020 | $166.52 | 846,258 |
| | 04/20/2020 | $69.74 | 846,258 | | 04/20/2020 | $167.21 | 846,258 |
| | 05/18/2020 | $99.49 | 848,232 | | 05/18/2020 | $99.07 | 848,232 |
| | 05/18/2020 | $41.49 | 848,232 | | | | |
| NEWREZ LLC | | | | | | | |
| | 06/15/2020 | $898.77 | 850,278 | | 08/17/2020 | $1,295.00 | 853,930 |
| | 09/21/2020 | $1,295.00 | 855,709 | | 10/19/2020 | $647.50 | 857,609 |
| | 11/16/2020 | $647.50 | 859,401 | | 01/11/2021 | $647.50 | 863,031 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 12/17/2018 | $180.25 | 0 | | 12/17/2018 | $1,227.82 | 0 |
| | 01/14/2019 | $28.53 | 0 | | 01/14/2019 | $194.37 | 0 |
| | 02/11/2019 | $194.34 | 8,000,887 | | 02/11/2019 | $28.53 | 8,000,887 |
| | 03/18/2019 | $28.53 | 8,000,934 | | 03/18/2019 | $194.36 | 8,000,934 |
| | 04/15/2019 | $194.36 | 8,000,980 | | 04/15/2019 | $28.54 | 8,000,980 |
| | 05/20/2019 | $28.52 | 8,001,023 | | 05/20/2019 | $194.36 | 8,001,023 |
| | 06/17/2019 | $197.86 | 8,001,069 | | 06/17/2019 | $29.05 | 8,001,069 |
| | 07/15/2019 | $197.87 | 8,001,114 | | 07/15/2019 | $29.05 | 8,001,114 |
| | 08/19/2019 | $29.04 | 8,001,156 | | 08/19/2019 | $197.85 | 8,001,156 |
| | 10/21/2019 | $400.87 | 8,001,239 | | 10/21/2019 | $58.85 | 8,001,239 |
| | 12/16/2019 | $57.37 | 8,001,325 | | 12/16/2019 | $390.78 | 8,001,325 |
| | 01/13/2020 | $28.68 | 8,001,363 | | 01/13/2020 | $195.38 | 8,001,363 |
| | 03/16/2020 | $195.39 | 8,001,443 | | 03/16/2020 | $28.68 | 8,001,443 |
| | 04/20/2020 | $195.39 | 8,001,482 | | 04/20/2020 | $28.68 | 8,001,482 |
| | 05/18/2020 | $17.07 | 8,001,532 | | 05/18/2020 | $116.25 | 8,001,532 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 12/17/2018 | $65.43 | 816,678 | | 01/14/2019 | $10.35 | 818,595 |
| | 02/11/2019 | $10.37 | 820,512 | | 03/18/2019 | $10.35 | 822,546 |
| | 04/15/2019 | $10.36 | 824,520 | | 05/20/2019 | $10.35 | 826,585 |
| | 06/17/2019 | $10.54 | 828,466 | | 07/15/2019 | $10.55 | 830,340 |
| | 08/19/2019 | $10.54 | 832,418 | | 10/21/2019 | $21.37 | 836,461 |
| | 12/16/2019 | $20.82 | 840,326 | | 01/13/2020 | $10.41 | 842,222 |
| | 03/16/2020 | $10.41 | 846,046 | | 04/20/2020 | $10.41 | 848,012 |
| | 05/18/2020 | $6.20 | 849,756 | | | | |

**CLAIMS AND DISTRIBUTIONS**

Case 18-10744-SLM    Doc 33    Filed 01/16/21    Entered 01/16/21 10:35:50    Desc Main
Document    Page 3 of 3

**Chapter 13 Case # 18-10744**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,406.26 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,287.25 | 100.00% | 4,287.25 | 0.00 |
| 0003 | MIDLAND FUNDING LLC | UNSECURED | 3,653.75 | 100.00% | 3,653.75 | 0.00 |
| 0004 | NEWREZ LLC | MORTGAGE ARR | 20,215.46 | 100.00% | 5,431.27 | 14,784.19 |
| 0005 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 453.98 | 100.00% | 453.98 | 0.00 |
| 0006 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MIDLAND FUNDING LLC | UNSECURED | 1,530.21 | 100.00% | 1,530.21 | 0.00 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 629.37 | 100.00% | 629.37 | 0.00 |
| 0011 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | MIDLAND FUNDING LLC | UNSECURED | 3,669.02 | 100.00% | 3,669.02 | 0.00 |
| 0017 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | ALLY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | DISCOVER BANK | UNSECURED | 562.93 | 100.00% | 562.93 | 0.00 |
| 0032 | ALLY FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 228.46 | 100.00% | 228.46 | 0.00 |

**Total Paid:  $23,852.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $24,500.00    -    Paid to Claims: $20,446.24    -    Admin Costs Paid: $3,406.26    =    Funds on Hand: $647.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.