| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>BOWMAN, RODRIC | Case No.: 18-10744<br><br>Chapter: 13<br><br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Rodric Bowman _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 5/19/2022

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*

Certificate Number: 01401-NJ-DE-034418599

Bankruptcy Case Number: 18-10744


01401-NJ-DE-034418599

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2020, at 4:50 o'clock PM EST, Rodric S Bowman completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 5, 2020

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager